PROB 12B
(7/93)

Report Date: November 22, 2010

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 23 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Shannon Weaver                   Case Number: 2:04CR00202-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 06/24/2005              Type of Supervision: Supervised Release

Original Offense: Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 841(a)(1)

Date Supervision Commenced: 03/03/2009

Original Sentence: Prison - 63 months; TSR - 48 months

Date Supervision Expires: 03/02/2013

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

20    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

On November 17, 2010, the undersigned officer was notified by Pioneer Counseling that Ms. Weaver had submitted a urinalysis sample that tested presumptively positive for cocaine. The following day Ms. Weaver reported to the probation office and admitted to the undersigned officer that she had consumed cocaine. In addition, Ms. Weaver informed this officer that she was no longer living at her last reported address but was staying with friends.

Ms. Weaver has been cooperative and honest with the undersigned officer regarding the violation behavior. She was advised of potential consequences for the above violations and cautioned that any further violations would result in an appearance before Your Honor. Ms. Weaver signed the attached waiver of hearing after being advised of her right to a hearing and assistance of counsel.

It is hoped the above modification meets the expectations of the Court. Ms. Weaver is amenable to continued supervision and treatment if recommended. Should Your Honor require a different course of action please advise the undersigned.

Prob 12B
Re: Weaver, Shannon
November 22, 2010
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/22/2010

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Date 11/23/10